**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 329 EAL 2016

          Respondent         :

                               :    Petition for Allowance of Appeal from
                               :    the Order of the Superior Court
        v.                    :

                               :

ERIC RAMBERT,                :

                     :

          Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.